```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE WESTERN DISTRICT OF WISCONSIN
```

ROOSEVELT WILLIAMS,

                      Plaintiff,

    v.                                                      ORDER

KIM CARL, LUCAS WOGERNESE,                    16-cv-584-jdp
and TIM ZIEGLER,

                      Defendants.

      Plaintiff Roosevelt Williams, a prisoner incarcerated at Waupun Correctional Institution, alleges that prison officials at Columbia Correctional Institution failed to provide him with medical treatment for his gout, forced him to use a top bunk even though it caused him pain, and retaliated against him for complaining about these and other issues when he was housed there.

      Williams has submitted a letter raising two issues I will address here. Dkt. 42. First, he asks for a "change in judge" because I have ruled against him in previous cases. I take this to be a motion for my recusal, which I will deny: recusal is not called for simply because I have made rulings that Williams disagrees with. He presents no other reason to suggest that I am biased against him, and I can assure him that I am not.

      Second, Williams requests to dismiss his Wisconsin-law intentional-infliction-of-emotional-distress claims. I will grant that request.

ORDER

IT IS ORDERED that:

1. Plaintiff Roosevelt Williams's motion for recusal, Dkt. 42, is DENIED.

2. Plaintiff's intentional-infliction-of- emotional-distress claims are DISMISSED from the case.

Entered May 20, 2019.

BY THE COURT:

/s/
_____
JAMES D. PETERSON
District Judge