IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROOSEVELT WILLIAMS,

    Plaintiff,

  v.

Case No. 16-cv-584-jdp

KIM CARL, LUCAS WOGERNESE,
AND TIM ZIEGLER,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 3/30/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |